IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| MAUREEN BURKE, JAMES TODD MALONE, , BRYAN SCOTT WILLIAMS, WILLIAM DARLINGTON, JAMES E. ROLLINS III, DOUGLAS BUCK, BRIAN BARNES and DENISE ARNOLD,<br><br>*Plaintiffs,*<br><br>*-vs-*<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, LLOYD J. AUSTIN III, in his official capacity as Secretary of the DEPARTMENT OF DEFENSE, MARTIN J. WALSH, in his capacity as Secretary of OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION, UNITED STATES DEPARTMENT OF LABOR; NATIONAL AEROSPACE SOLUTIONS; nLOGIC, LLC; QUANTITECH LLC *d/b/a* AXIENT; AKIMA INTRA-DATA (AID); AMENTUM SERVICES, LLC; CW RESOURCES, INC.,<br><br>*Defendants.* | ) | Case No. 4:21-cv-49<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Christopher H. Steger |

**PLAINTIFFS' STATUS REPORT**

COME NOW THE PLAINTIFFS, MAUREEN BURKE, TODD MALONE, BRYAN SCOTT WILLIAMS, WILLIAM DARLINGTON, JAMES E. ROLLINS III, DOUGLAS BUCK, BRIAN BARNES, and DENISE ARNOLD, and pursuant to this Court's Order entered on March 11, 2022 [Doc. 51], respectfully submit this status report. Based on the ruling of the United States Supreme Court in *National Federation of Independent Business v. Department of Labor, Occupational Safety and Health Administration,* 142 S.Ct. 661 (U.S. 2022), 2022 WL 120952

(January 13, 2022), coupled with the decision of the Biden Administration on February 2, 2022, to withdraw its imposition of the national COVID-19 vaccine mandate for private employers with over 100 employees, the Plaintiffs have elected under Rule 41(a)(1)(A)(1) Fed.R.Civ.P. to voluntarily dismiss without prejudice their claims against all defendants in this action. Plaintiffs shall file an appropriate Notice of Voluntary Dismissal Without Prejudice of all of their claims by March 21, 2022.

Date: March 17, 2022

Respectfully submitted,

**CRAIN LAW GROUP, PLLC**

By: *<u>/s/ Larry L. Crain</u>*
Larry L. Crain (#9040)
5214 Maryland Way, Suite 402
Brentwood, TN. 37027
Tel. 615-376-2600
Fax. 615-345-6009
Email: Larry@crainlaw.legal

*Counsel for the Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a copy of the foregoing Plaintiffs' Status Report was served on the following individuals listed below on this the 17th day of March, 2022, via the Court's ECF-Filing system:

Brigid M Carpenter
Baker Donelson
1600 West End Avenue
Suite 2000
Nashville, TN 37203
Email: bcarpenter@bakerdonelson.com

*Counsel for National Aerospace Solution, Chugach Federal Solutions and GP Strategies Corporation*

Craig A Cowart
Jackson Lewis LLP (Memphis)
999 Shady Grove Road
Suite 110
Memphis, TN 38120
Email: craig.cowart@jacksonlewis.com

*Counsel for CW Resources, Inc.*

Patricia Anderson Pryor
Jackson Lewis P.C.
201 E. Fifth Street
Ste 26th Floor
Cincinnati, OH 45202
Email: pryorp@jacksonlewis.com

*Counsel for CW Resources, Inc.*

Elmer E White , III
Kullman Firm (AL)
600 University Park Place
Suite 340
Birmingham, AL 35209-6786
Email: eew@kullmanlaw.com

*Counsel for Akima Intra-Data*

Matthew W Stiles
Maynard, Cooper & Gale, PC (Birmingham)
1901 Sixth Avenue North
Regions Harbert Plaza
Suite 2400
Birmingham, AL 35203-2618
Email: mstiles@maynardcooper.com

*Counsel for Quantitech LLC, doing business as Axient and nLogic, LLC*

J Christopher Anderson
Littler Mendelson, P.C. (Nashville)
333 Commerce Street
Suite 1450
Nashville, TN 37201
615-383-0775
Fax: 615-383-3323
Email: chrisanderson@littler.com

*Counsel for Amentum Services, LLC*

Eva C Madison
Littler Mendelson (AR)
3739 Steele Blvd.
Suite 300
Fayetteville, AR 72703
479-582-6100
Fax: 479-582-6111
Email: emadison@littler.com

*Counsel for Amentum Services, LLC*

Joseph R. Biden
c/o Merrick B. Garland
Office of the Attorney General
950 Pennsylvania Avenue
Washington, DC 20530
(via U.S. Postal Service)

Lloyd J. Austin, III
Secretary of Department of Defense
1000 Defense Pentagon
Washington, DC 20301
(via U.S. Postal Service)

Martin J. Walsh
Secretary of Occupational Safety and Health Administration
Department of Labor
200 Constitution Avenue
Washington, DC 20210
(via U.S. Postal Service)

*/s/ Larry L. Crain*
Larry L. Crain